

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

**EDWARD NELLSON,**

*Plaintiff,*

v.

**U.S. FEDERAL BUREAU OF PRISONS,** *et al.,*

*Defendants.*

Case No. 7:20-cv-00065

**JURY TRIAL DEMANDED**

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW Counsel for the Plaintiff, Maria-Vittoria G. Carminati, pursuant to the United States District Court, Eastern District of Kentucky Local Civil Rule 83.2 (a) and moves this Court for admission *pro hac vice* of Maria-Vittoria G. Carminati and shows the following:

1. I am an attorney with NDH, LLC and I concentrate on civil and commercial litigation. My contact information is:

Maria-Vittoria G. Carminati, CO Bar # 50579
NDH, LLC
4601 DTC Blvd., Ste. 300
Denver, CO 80237
720-445-5655
mvcarminati@ndh-law.com

2. I am a member in good standing of the Colorado State Bar (CO Bar # 50579) and am admitted to practice before all Colorado State courts and the United States District Court for the District of Colorado.

1

3. I am a member in good standing of the Texas State Bar (TX Bar 24065007) and am admitted to practice before all Colorado State courts and the United States District Court for Western Texas, Eastern Texas, Northern Texas, and Southern Texas.

4. I am a member in good standing of the New York State Bar (NY Bar 5440714). I am a member in good standing of the District of Columbia Bar (DC Bar 1016444) and admitted to the District Court for the District of Columbia.

5. I am in good standing in all Bars wherever admitted, no disability, disciplinary or grievance proceedings have been filed by any bar or are pending against me and I have never had a request for pro hac vice admission denied or revoked.

6. I have not previously been admitted *pro hac vice* in the Eastern District of Kentucky.

7. I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

8. I completed CM/ECF training when I was first admitted to a federal district court and I am knowledgeable in CM/ECF filings.

9. A copy of my Certificate of Good Standing from the Supreme Court of Colorado is attached as Exhibit 1.

WHEREFORE, based on the foregoing, Counsel respectfully requests that this Court order entry of Maria-Vittoria G. Carminati *pro hac vice* so that she may be allowed to electronically submit and receive notice of documents filed in the ECF system for the above-styled case.

Respectfully submitted this June 3, 2020

*/s/ Maria-Vittoria G. Carminati*
Maria-Vittoria G. Carminati (CO #50579)

Attorney for Plaintiff

**NDH LLC**
4601 DTC Blvd., Suite 300
Denver, CO 80237
720-445-5655
mvcarminati@ndh-law.com