IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

**EDWARD NELLSON,**

 *Plaintiff,*

v.

**U.S. FEDERAL BUREAU OF PRISONS,** *et al.,*

 *Defendants.*

Case No. 7:20-cv-00065

**JURY TRIAL DEMANDED**

## **ORDER**

Upon consideration of Counsel's Motion for the Admission *pro hac vice* of Maria-Vittoria G. Carminati in this action, and, it appearing that Ms. Carminati is in good standing of the Bar of the State of Colorado, it is hereby:

ORDERED that the Motion is granted, and it is further

ORDERED that Maria-Vittoria G. Carminati is admitted *pro hac vice* immediately in this action.

       JUDGE/MAGISTRATE

       _____

       DATE:

       _____

4