```
Court Name: U S DISTRICT COURT EDKY
Division: 5
Receipt Number: 5030081
Cashier ID: dcombs
Transaction Date: 06/05/2020
Payer Name: NDH LLC
--------------------------------------
PRO HOC VICE
 For: Maria Vittoria G. Carminati
 Case/Party: D-KYE-5-07-FP-000001-001
 Amount:         $125.00
--------------------------------------
CHECK
 Check/Money Order Num: VV010
 Amt Tendered:   $125.00
--------------------------------------
Total Due:      $125.00
Total Tendered: $125.00
Change Amt:     $0.00
```