# SUPREME COURT



## State of Colorado

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__Maria-Vittoria Galli Carminati__

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __9th__ day of __February__ A. D. __2017__ and that at the date hereof the said __Maria-Vittoria Galli Carminati__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __8th__ day of __June__ A. D. __2020__

_Cheryl Stevens_
Clerk

By _____
Deputy Clerk