

# LOGISTICS ™

COLORADO SUPREME COURT
(281) 685-7762
THE UPS STORE #4358
10223 BROADWAY ST, SUITE P
PEARLAND TX 77584-8417

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 04 JUN 2020

SHIP ATTORNEY ADMISS & PRO HAC VICE APP
TO: US DIST COURT FOR EASTER DIST OF KY
101 BARR ST

LEXINGTON KY 40507-1321

 KY 405 9-01

UPS NEXT DAY AIR                1
TRACKING #: 1Z 3E8 8A6 01 4223 7771   1

BILLING: P/P

REF #1: JS

ISH 13.00H ZZP 458 28.5U 04/2020

 SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.                    RXO RF2 0520

Logistics is all about efficiency, service and smart ways of
This envelope made of recycled paper can be used twice - a more intelligent use of resources.