Exhibit No. 1
Medical Records Bates Numbered Nellson_0938 to 0946

Produced by Plaintiff as Exhibit to Amended Petition
Filed Under Seal – per Document Number 57 – Order from Court