Exhibit No. 2
Medical Records Bates Numbered Nellson_0667-0668

Produced by Plaintiff as Exhibit to Amended Petition
Filed Under Seal – per Document Number 57 – Order from Court