Exhibit No. 3
Medical Records Bates Numbered Nellson_0938-0946

Produced by Plaintiff as Exhibit to Amended Petition
Filed Under Seal – per Document Number 57 – Order from Court