Exhibit No. 4
Medical Records Bates Numbered Nellson_0799-0804

Produced by Plaintiff as Exhibit to Amended Petition
Filed Under Seal – per Document Number 57 – Order from Court