**U.S. Department of Justice**  
Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: **Nellson, Edward, L.**   **31408-007**   **D-2**   **USP Canaan**
       LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A – REASON FOR APPEAL**

Regarding Admin. Remedy #928154-F1, I will not entertain the lies & fantasies put forth by the staff of USP's Big Sandy & Hazelton. Nothing can get past the fact that I was denied treatment, that my records were falsified, and that there was/is an ongoing cover up. I have had a seperated shoulder for some 18 months, untreated. I am only now, after 2 YEARS, seeing a physical therapist. I have seen no neurologist yet. I am undiagnosed as yet.*(*Except siezure[s]) This violates my constitutional rights. I want: 1) Medical care 2) Transfer to a medically appropriate Facility 3) Staff investigated & disciplined 4) monetary damages 5) My BEMR corrected

You are caught. Resistance will only get YOU more involved.

3-8-18          Edward Nellson (signed)
DATE           SIGNATURE OF REQUESTER

**Part B – RESPONSE**

_____
DATE                                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: **928154R1**

**Part C – RECEIPT**

CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

DATE                          SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN                                                                                  BP-230(13) JUNE 2002