NELLSON, Edward
Reg. No. 31408-007
Appeal No. 928155-R3
Page One

## Part B - Response

You appeal the response from the Warden at USP Canaan and contend you did not receive appropriate medical treatment or accommodations at your previous facility. You claim you were denied medical care and locked up with no walker or wheelchair. You request medical treatment, transfer to another facility, reprimand for staff involved, and monetary compensation.

A review of your appeal reveals the Warden adequately addressed your concerns. According to your Bureau Electronic Medical Record (BEMR), you were evaluated and treated numerous times at your previous facility. You were evaluated by a neurologist, prescribed appropriate medication and follow-up care and provided with ambulatory aids when indicated. There is no evidence to support your claim of denied medical care by Medical staff. In addition, you have been receiving routine medical care at your current facility. You were last evaluated on April 5, 2018, during a follow-up encounter. The Medical Officer reviewed your magnetic resonance imaging (MRI) scan and noted the compression in your c-spine. A neurosurgery consultation was submitted for further evaluation and treatment options. You are currently participating in physical therapy and were recently provided a new four-wheeled walker. Based on your medical assessments, additional accommodations are not clinically indicated at this time. You are correctly classified as a Care Level Two inmate, therefore your medical complaints can be addressed at your current facility. Lastly, you cannot seek monetary compensation via the Administrative Remedy process. If you believe you have suffered an injury and are entitled to compensation, you may consider filing a tort claim pursuant to 28 C.F.R. § 543.31, subpart C, and Program Statement 1320.06, Federal Tort Claims Act. Accordingly, your appeal is denied.

If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons. Your appeal must be received in the Administrative Remedy Section, Office of General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534, within 30 calendar days of the date of this response.

Date: April 23, 2018

M.D. CARVAJAL
Regional Director