U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Nellson, Edward, L**  LAST NAME, FIRST, MIDDLE INITIAL   **31408-007** REG. NO.   **SHU** UNIT   **USP Canaan** INSTITUTION

**Part A - REASON FOR APPEAL**

Re: Case # 928155 A3, save your lies. I'm suing you clowns. I have already explained how I have been abused, tortured & retaliated against, in violation of my constitutional rights. I want:
1) Medical care at the standard
2) transfer to a FMC
3) staff disciplined
4) monetary damages
5) my BEMR corrected

5-11-18
DATE

[signature] Edward L Nellson
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
MAY 18 2018  A2
Administrative Remedy Section
Federal Bureau of Prisons

---

DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL
CASE NUMBER: **928155-A1,A2**

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

Nellson_003212