Exhibit No. 9
Medical Records Bates Numbered Nellson_0110

Produced by Plaintiff as Exhibit to Amended Petition
Filed Under Seal – per Document Number 57 – Order from Court