Exhibit No. 10
Medical Records Bates Numbered Nellson_0111-0115

Produced by Plaintiff as Exhibit to Amended Petition
Filed Under Seal – per Document Number 57 – Order from Court